JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES, INC. a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.:5:21-cv-01065-JGB-SHK<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF CLASS ACTION, PURSUANT TO <u>FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)</u>** |

///

///

///

1

**ORDER GRANTING JOINT STIPULATION TO DISMISS, PURSUANT TO <u>FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)</u>**

On August 11, 2021, the Plaintiff filed voluntary dismissal of this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Upon due consideration, good cause appearing, the Court GRANTS voluntary dismissal of all claims and causes of action asserted individually without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: August 12, 2021        By: _____
                                Hon. Judge Jesus G. Bernal
                                United States District Court Judge